1   BLAKE J. RUSSUM (SBN 258031)
    ROPERS MAJESKI PC
2   1001 Marshall Street, 5th Floor
    Redwood City, CA  94063
3   Telephone:    650.364.8200
    Facsimile:    650.780.1701
4   Email:        blake.russum@ropers.com

5   Attorneys for Defendant
    LINCOLN LIFE ASSURANCE COMPANY OF
6   BOSTON

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  REZA ATTARHA,                          Case No. 3:20-cv-01930-WHO

12              Plaintiff,                  **STIPULATION FOR DISMISSAL
                                            WITH  PREJUDICE AND ORDER**
13        v.

14  LINCOLN LIFE ASSURANCE
    COMPANY OF BOSTON,
15
                Defendant.
16

17

18  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

19       **IT IS HEREBY STIPULATED** by and between the Plaintiffs, REZA ATTARHA, and

20  Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their

21  respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed

22  with prejudice as to all parties and claims, pursuant to Federal Rule of Civil Procedure

23  41(a)(1)(A)(ii).  Each party shall bear its own fees and costs.

24       All signatories to this Stipulation, and all parties on whose behalf the filing is submitted,

25  concur with the Stipulation's content and have authorized its filing.

26  ///

27  ///

28  ///

4848-2767-6103.1

STIPULATION FOR DISMISSAL
WITH  PREJUDICE AND [PROPOSED] ORDER
3:20-CV-01930-JCS

ROPERS
MAJESKI | A Professional Corporation
Redwood City

1   Dated:  August 7, 2020                                    ROPERS MAJESKI PC

2

3                                                             By:  /s/ Blake J. Russum
                                                                  BLAKE J. RUSSUM
4                                                                 Attorneys for Defendant
                                                                  LINCOLN LIFE ASSURANCE
5                                                                 COMPANY OF BOSTON

6
    Dated:  August 7, 2020                                    SPINGER AYENI
7

8

9                                                             By:/s/ Cassie Springer Ayeni
                                                                  CASSIE SPRINGER AYENI
10                                                                JEENA JIAMPETTI
                                                                  Attorneys for Plaintiff
11                                                                REZA ATTARHA

12

13                                          **ORDER**

14          IT IS HEREBY ORDERED that, pursuant to the parties' Stipulation for Dismissal of

15   Action with Prejudice and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), this action shall be,

16   and hereby is, dismissed with prejudice in its entirety as to all claims and parties.  Each party

17   shall bear its own attorney's fees and costs.

18   Date:_____August 7, 2020_____

19                                          _____
                                            U.S. District Judge William H. Orrick
20

21

22

23

24

25

26

27

28

4848-2767-6103.1                                                        **STIPULATION FOR DISMISSAL**
                                            - 2 -                 **WITH  PREJUDICE AND [PROPOSED] ORDER**
                                                                          **3:20-CV-01930-JCS**

ROPERS
M A J E S K I

A Professional Corporation
Redwood City